509 P.2d 271

**STATE of New Mexico, Plaintiff-Appellee,**

**v.**

**John Edward MUNDZAK, Defendant-Appellant.**

**No. 1084.**

Court of Appeals of New Mexico.

April 13, 1973.

Brian W. Copple, Roswell, for defendant-appellant.

David L. Norvell, Atty. Gen., Jay F. Rosenthal, Sp. Asst. Atty. Gen., Santa Fe, for plaintiff-appellee.

## OPINION

SUTIN, Judge.

Following a plea of guilty, the defendant was sentenced for attempting to distribute a controlled substance (LSD). See §§ 40A–28–1, N.M.S.A.1953 (2nd Repl.Vol. 6) and 54–11–22, N.M.S.A.1953 (Int.Supp. 1972).

On this appeal, defendant contends that the judgment and sentence imposed are invalid because he did not understandingly and voluntarily enter his plea of guilty.

The record discloses nothing to support defendant's contention.

Affirmed.

It is so ordered.

WOOD, C. J., and HENDLEY, J., concur.